MARY E. SMITH, Respondent, v. ELEN MEADE, Also Known as HELEN C. MEADE, Also Known as HELEN M. SMITH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, *nunc pro tunc* as of March 8, 1938. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

### (April 11, 1938.)

In the Matter of the Probate of the Last Will and Testament of CHARLES T. ASH, Deceased. FRANK ASH, Appellant; GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 901.]

### (April 14, 1938.)

In the Matter of the Application of VALLIE G. KINNEY and Others, for the Appointment of Appraisers. VALLIE G. KINNEY and Others, Petitioners, Appellants; G. R. KINNEY Co., INC., Respondent.— Order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and grant the motion.

JOHN J. NEFF, Plaintiff, Appellant, and EARL E. CAMPBELL and Others, Intervening, Plaintiffs, Appellants, v. THE FARMERS' LOAN AND TRUST COMPANY and Others, Defendants-Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BERGER and GABRIEL KLAR, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of LOUIS GORMAN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of WILLIAM H. GRIFFIN, JR., an Attorney.— Application denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of PATRICK MILTON KELLY, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of HENRY A. BLUMENTHAL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of MAX BROWN.— Motion denied. Present— Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of GUY VOLPIE, an Incompetent Person. AMERICAN SURETY COMPANY OF NEW YORK, Surety upon the Bond of the Committee, Appellant; WILLIAM BRITTON STITT, Committee, and U. S. VETERANS ADMINISTRATION, Respondents.— Order unanimously reversed, without costs, and the motion granted to the extent of directing an accounting by the committee within thirty days. After settlement of the account, application may be made to deposit securities designated by the court and for a reduction in the amount of the bond. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.